UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV07-316-CAS(Ex) | Date | July 11, 2008 |
|---|---|---|---|
| Title | *SARAH ROPER v. KEITH POMA; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

Plaintiff's counsel informs the Court on this date that plaintiff's motion for review of Magistrate Judge's order entered May 28, 2008 is moot and that the hearing on July 14, 2008 is to be vacated. The Court hereby vacates the July 14, 2008 hearing.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 29, 2008** why the Court should not impose sanctions against plaintiff's counsel, Patricia Barry, for not advising the Court earlier that plaintiff's Motion for Review of Magistrate Orders #121 - #123 filed June 9, 2008, would be withdrawn.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |