UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-0316 CAS (Ex) | Date | August 18, 2008 |
|---|---|---|---|
| Title | Sarah Roper v. Keith Poma, et al. | | |

Present: The Honorable   CHRISTINA A. SNYDER

| CATHERINE JEANG | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

N/A   N/A

**Proceedings:** (In Chambers:) Sanctions Against Plaintiff's Counsel, Patricia J. Barry

    On June 9, 2008, plaintiff filed a motion for review and reconsideration of Magistrate Judge Charles F. Eick's orders dated May 28, 2008. A hearing was scheduled on the matter for July 14, 2008. On July 11, 2008, the Friday before the Monday hearing on plaintiff's motion, plaintiff's counsel, Patricia J. Barry, informed the Court that the motion was moot. By order dated July 11, 2008, this Court ordered plaintiff to show cause in writing not later than July 29, 2008, as to why the Court should not impose sanctions against plaintiff's counsel, Patricia J. Barry, for not advising the Court earlier that plaintiff's motion for review and reconsideration was moot. See L.R. 7-16. As of the date of this order, plaintiff has failed to respond to this Court's order to show cause.

    The Court finds that plaintiff's noncompliance with the Local Rules, and failure to respond to this Court's order to show cause was, at a minimum, "grossly negligent," withing the meaning of L.R. 83-7(a). Therefore, the Court orders that within thirty (30) days of the date of this order, Patricia J. Barry, counsel for plaintiff, shall pay to the Attorney Admission Fund of the United States District Court for the Central District of California a total sum of $750.

    IT IS SO ORDERED.

| | Initials of Preparer | 00:00 |
|---|---|---|
| | | CMJ |

cc:   Fiscal